IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THOMAS TREMARI & <br> TOMAS VELASQUEZ-ESTRADA, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY OILFIELD SERVICES, LLC, <br> LIBERTY OILFIELD SERVICES, INC. <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 5:19-cv-01181-FB-ESC |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiffs Thomas Tremari and Tomas Velasquez-Estrada and Defendants Liberty Oilfield Services, LLC and Liberty Oilfield Services, Inc., and file this Joint Motion to Dismiss with Prejudice and move the Court for a dismissal of all causes of action raised or which could have been raised in this case, with prejudice against Plaintiffs to re-file the same. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants respectfully request that all causes of action raised or which could have been raised in the above entitled and numbered case be dismissed with prejudice and that each party will be held responsible for the costs of court and attorneys' fees that they each incurred.

Respectfully submitted:

| | |
|---|---|
| /s/ *Alfonso Kennard, Jr.* | /s/ *Tiffany Cox Stacy* |
| Alfonso Kennard, Jr. | Tiffany Cox Stacy |
| State Bar No. 24036888 | State Bar No. 24050734 |
| alfonso.kennard@kennardlaw.com | tiffany.cox@ogletree.com |
| Kevin T. Kennedy | Kelly E. Preston |
| State Bar No. 24009053 | State Bar No. 24092912 |
| Kevin.kennedy@kennardlaw.com | kelly.preston@ogletree.com |
| Kennard Law P.C. | Ogletree, Deakins, Nash, |
| 2603 Augusta Drive, Suite 1450 |   Smoak & Stewart, P.C. |
| Houston, Texas 77057 | 2700 Weston Centre |
| 713.742.0900 | 112 E. Pecan Street |
| 713.742.0951 (Fax) | San Antonio, Texas 78205 |
| | 210.354.1300 |
| **ATTORNEYS FOR PLAINTIFFS THOMAS TREMARI AND TOMAS VELASQUEZ-ESTRADA** | 210.277.2702 (Fax) |
| | **ATTORNEYS FOR DEFENDANTS LIBERTY OILFIELD SERVICES, LLC AND LIBERTY OILFIELD SERVICES, INC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2020, the foregoing document was electronically transmitted to the Clerk of the Court using the ECF system of filing. A Notice of Electronic Filing will be sent by operation of the ECF system to all counsel of record.

                                              */s/ Tiffany Cox Stacy*
                                              Tiffany Cox Stacy/Kelly E. Preston

44491003.1
036685.000023