IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THOMAS TREMARI and TOMAS VELASQUEZ-ESTRADA, § § § Plaintiffs, § § VS. § LIBERTY OILFIELD SERVICES, LLC, and § LIBERTY OILFIELD SERVICES, INC., § § Defendants. § | CIVIL ACTION NO. SA-19-CV-1181-FB |

### *ORDER OF DISMISSAL WITH PREJUDICE AND FINAL JUDGMENT*

Before the Court is the Joint Motion to Dismiss with Prejudice filed by the parties on October 7, 2020 (docket #24). The parties ask the Court to dismiss all causes of action raised or which could have been raised in this case with prejudice against plaintiffs to re-file the same with all costs of court and/or attorneys' fees incurred by the parties to be borne by the parties incurring same. The Court finds the joint motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Joint Motion to Dismiss with Prejudice (docket #24) is GRANTED such that IT IS HEREBY ORDERED, ADJUDGED and DECREED that all of the causes of action raised or which could have been raised by plaintiffs Thomas Tremari and Tomas Velasquez-Estrada in this case are DISMISSED WITH PREJUDICE to the re-filing of same. IT IS FURTHER ORDERED that all costs of court and/or attorneys' fees incurred by the parties shall be paid by the parties incurring same. Motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 21st day of October, 2020.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE